UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARIANNE DIAZ, Individually and as Mother and next friend of the two minor children ███████ ████████████████████████, BRYANT ALEQUIN and JOSHUA MATOS, Plaintiffs | ) ) ) ) ) ) ) | |
| v. | ) ) | C.A. NO.  16-40039 |
| SGT. JAMES P. DEVLIN, DET. NICHOLAS E. NASON, DET. JEFFREY CARLSON, LT. DET. JOSEPH SCAMPINI, SGT. RICHARD CIPRO, DET. JAMES CARMODY, OFFICER ANTHONY LORENTE, DET. TERRENCE GAFFNEY, DET. JOHN MORRISSEY, DET. SHAWN BARBALE, DET. RONALD REMILLARD, OFFICER REBECCA AGUILAR, OFFICER ELIAS BAEZ, CITY OF WORCESTER, CHIEF GARY J. GEMME, CAPT. PAUL SAUCIER, CITY MANAGER EDWARD M. AUGUSTUS, POLICE INFORMANT CRI-1, AND OFFICERS JOHN DOE 1-4, Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## NOTICE OF REMOVAL OF CIVIL ACTION FROM STATE COURT TO THE UNITED STATES DISTRICT COURT

Defendants, Jeffrey Carlson, Joseph Scampini, Richard Cipro, James Carmody, Anthony

Lorente, Terrence Gaffney, John Morrissey, Shawn Barbale, Ronald Remillard, Rebecca

Aguilar, Elias Baez, Gary J. Gemme, Paul Saucier, Edward M. Augustus and City of Worcester,

with the assent of Defendants James P. Devlin and Nicholas E. Nason, through their undersigned

attorneys, hereby file this Notice of Removal, pursuant to 28 U.S.C. §§ 1441(a) and (b) and

1446, to remove the above-captioned case now pending in the Superior Court, Department of the

Trial Court, Commonwealth of Massachusetts, in and for the County of Worcester.  As grounds for the removal, the Defendants state the following:

1.     On March 11, 2016, this action was filed in the Superior Court of Worcester County, Massachusetts, as Civil Action No. 1685CV00394.   Process was served upon Defendants between March 29, 2016 and April 1, 2016.  The returns of service of process for Plaintiffs' Complaint on all Defendants have not been returned to the Worcester Superior Court as of the date of this filing. (See Worcester Superior Court Docket, included as part of State Court Record.)

2.     This action is a civil action brought by Plaintiffs, in which they seek, among other things, to recover damages they allegedly suffered when the Defendants allegedly violated their civil rights under 42 U.S.C. § 1983.  (See Plaintiff's Complaint, State Court Record.)

3.     The action is one of which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and 42 U.S.C. § 1983, and is one which may be removed to the District Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a) and (b) in that it is a civil action containing claims or rights arising under the laws of the United States.

4.     The notice is filed within thirty days after the Defendants were served with copies of the summons and complaint.

5.     Copies of all process, pleadings, and orders either served upon Defendants or filed in the State Court action will be filed herein.  (See State Court Record.)

WHEREFORE, Defendants Jeffrey Carlson, Joseph Scampini, Richard Cipro, James Carmody, Anthony Lorente, Terrence Gaffney, John Morrissey, Shawn Barbale, Ronald Remillard, Rebecca Aguilar, Elias Baez, Gary J. Gemme, Paul Saucier, Edward M. Augustus and City of Worcester, with the assent of Defendants James P. Devlin and Nicholas E. Nason, hereby give notice that this action is removed from the Worcester Superior Court to this Court.

JEFFREY CARLSON, JOSEPH SCAMPINI, RICHARD CIPRO, JAMES CARMODY, ANTHONY LORENTE, TERRENCE GAFFNEY, JOHN MORRISSEY, SHAWN BARBALE, RONALD REMILLARD, REBECCA AGUILAR, ELIAS BAEZ, GARY J. GEMME, PAUL SAUCIER, EDWARD M. AUGUSTUS & CITY OF WORCESTER,

By their attorneys,

David M. Moore
City Solicitor

*/s/ Kevin M. Gould*
Kevin M. Gould (BBO# 661545)
Wendy L. Quinn (BBO# 653954)
Assistant City Solicitors
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161
gouldk@worcesterma.gov
quinnwl@worcesterma.gov

3

## CERTIFICATE OF SERVICE

I, Kevin M. Gould, hereby certify that on this 14th day of April, 2016, I served the within Notice of Removal of Civil Action From State Court to the United States District Court upon counsel for all parties by providing a copy of the same to the following:

Hector E. Pineiro, Esq.,
Robin A. Scott, Esq.
Law Office of Hector E. Pineiro
807 Main Street
Worcester, MA, 01610

John K. Vigliotti, Esq.
Andrew J. Gambaccini, Esq.
Reardon, Joyce and Ackerson
4 Lancaster Terrace
Worcester, MA 01609

Leonard H. Kesten, Esq.
Brody Hardoon Perkins and Kesten, LLP
699 Boylston Street
Boston, MA 02116

*/s/ Kevin M. Gould*
Kevin M. Gould
Assistant City Solicitor

4